**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

     v.     Criminal Case No. 12-50013-001

**PHILIP G. HANSON**                                                             **DEFENDANT**

**O R D E R**

     Now on this 11th day of June, 2012, come on for consideration defendant's **Motion for Reconsideration By Magistrate Of Magistrate's Order To Determine Competency And Request For Hearing** (document #34) and the **Magistrate Judge's Report And Recommendation** (document #39) in connection with defendant's Motion, to which no objections have been made. The Court has carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and will adopt it *in toto*.

     **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

     **IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's **Motion for Reconsideration By Magistrate Of Magistrate's Order To Determine Competency And Request For Hearing** (document #34) is **denied**, and the Court finds defendant competent to proceed to

trial on the charges here pending against him.

**IT IS SO ORDERED.**

        **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**