### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

  v.    Criminal Case No. 12-50013-001

**PHILIP G. HANSON**                                                              **DEFENDANT**

### O R D E R

Now on this 23rd day of October, 2012, come on for consideration the following:

* defendant's **Notification To All Parties** (document #138);

* defendant's **Notification To U.S. Marshals Of Demand For Psychiatric Care** (document #139);

* defendant's **Motion for Removal Of Prosecutors Eldridge - Johnson** (document #141);

* defendant's **Notice Of Request For Full Disclosure -- To Prosecutors Eldridge, Johnson** (document #142);

* defendant's **Notice Of Request For Full Disclosure -- To Kenneth Osborne, Attorney** (document #143);

* defendant's **Notice Of Request For Full Disclosure -- To James Pierce, Attorney** (document #144);

* defendant's **Notice Of Request For Full Disclosure -- To U.S. Marshals** (document #145);

* **Magistrate Judge's Report And Recommendation** ("R&R") (document #150);

* defendant's **Objection To the Continuous Understating Of Severity Of Philip Hanson's Disability** (document #151); and

* defendant's **Objection To "Cruel And Unusual Punishment" Of Continued Incarceration** (document #152),

and the Court, being well and sufficiently advised, finds and orders as follows:

1. Defendant Philip G. Hanson ("Hanson") stands convicted of 56 counts of criminal offenses relating to the posting of threatening letters or letters containing "a powder substance" on various dates to various addressees. He is incarcerated and awaiting sentencing. Hanson is representing himself, although he has the assistance of appointed stand-by counsel.

2. The motions and notices listed above were referred to United States Magistrate Judge Erin L. Setser for report and recommendation. Judge Setser conducted a hearing, and issued the R&R now under consideration. Given their content, the Court has elected to treat Documents #151 and #152 as Hanson's Objections to the R&R.

3. Judge Setser reported that she found no basis to support any of the relief sought by Hanson in the various motions and notices, most of which relate to the fact that Hanson has a mental health condition, Severe Major Depressive Disorder, that has been recognized as a compensable disability by the Social Security Administration. She recommended that all the motions and notices

herein referenced be denied.

4. Hanson objects that Judge Setser has either understated the severity of his disability, or ignored it altogether. He also objects that his incarceration is "cruel and unusual punishment," given the "spartan" conditions of the jail and the fact that he receives health care from a general practitioner rather than a mental health specialist.

5. The Court finds no merit to Hanson's Objections, and they will be overruled. They appear to stem from Hanson's belief that he was entitled to special consideration during his trial, and that he is entitled to special consideration during his incarceration, because of his depression.

(a) The first of these objections is without merit. Hanson did not assert an insanity defense, nor did he plead that he is incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The objection will be overruled.

(b) The second objection is likewise without merit. The Court is not a health care professional, and does not direct the health care given to defendants. Typically, inmates receive medical care provided or recommended by the health care professional contracted to the facility where they are incarcerated. While Hanson may not be satisfied with the medical care provided to him, and may believe that he would be better off

with more specialized care, he has not shown any reason for this Court to intervene in the usual process. This objection will be overruled.

6. The Court has fully reviewed the R&R, and the Objections thereto, and finds that the R&R is sound in all respects and should be adopted *in toto.* The Court further finds and concludes -- as noted above -- that the Objections are without merit and should be overruled. The motions, "Notifications," and "Notices" considered by Judge Setser will, for the reasons stated in the R&R, be denied.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #150) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that defendant's **Objection To the Continuous Understating Of Severity Of Philip Hanson's Disability** (document #151) and **Objection To "Cruel And Unusual Punishment" Of Continued Incarceration** (document #152) are **overruled**.

**IT IS FURTHER ORDERED** that defendant's **Notification To All Parties** (document #138) -- to the extent it seeks any action or relief -- is **denied**.

**IT IS FURTHER ORDERED** that defendant's **Notification To U.S. Marshals Of Demand For Psychiatric Care** (document #139) -- to the extent it seeks any action or relief -- is **denied**.

**IT IS FURTHER ORDERED** that defendant's **Motion for Removal Of**

**Prosecutors Eldridge - Johnson** (document #141) is **denied.**

IT IS FURTHER ORDERED that defendant's **Notice Of Request For Full Disclosure -- To Prosecutors Eldridge, Johnson** (document #142) -- to the extent it seeks any action or relief -- is **denied.**

IT IS FURTHER ORDERED that defendant's **Notice Of Request For Full Disclosure -- To Kenneth Osborne, Attorney** (document #143) -- to the extent it seeks any action or relief -- is **denied.**

IT IS FURTHER ORDERED that defendant's **Notice Of Request For Full Disclosure -- To James Pierce, Attorney** -- to the extent it seeks any action or relief -- (document #144) is **denied.**

IT IS FURTHER ORDERED that defendant's **Notice Of Request For Full Disclosure -- To U.S. Marshals** (document #145) -- to the extent it seeks any action or relief -- is **denied.**

**IT IS SO ORDERED.**

     /s/ Jimm Larry Hendren
     **JIMM LARRY HENDREN**
     **UNITED STATES DISTRICT JUDGE**