```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

          v.     Criminal Case No. 12-50013-001

PHILIP G. HANSON                                            DEFENDANT


# O R D E R

Now on this 4th day of February, 2012, come on for consideration defendant's **Motion For Return Of Personal Property** (document #154) and the **Magistrate Judge's Report And Recommendation** (document #169) relating thereto, and the Court, being well and sufficiently advised, finds and orders as follows:

1. Defendant Philip G. Hanson ("Hanson") is convicted of 56 criminal offenses relating to the posting of threatening letters, in violation of **18 U.S.C. § 876(c)**, or letters containing "a powder substance," in violation of **18 U.S.C. § 1038(a)(1)(A)**, on various dates to various addressees. Hanson is representing himself, although he has the assistance of appointed stand-by counsel.

2. Hanson now moves for the return of the following items seized from his home on November 6, 2011:

* Desktop computer (Dell brand)
* Notebook computer
* Printer
* Flash drive
* Hard drive
* Cell phone
* All other miscellaneous items.

3. The government objects to the return of these items before the case is concluded, on the basis that they were seized as evidence in this case and the case is not finally concluded.

4. The matter was referred to Magistrate Judge Erin L. Setser, who reported that the motion is premature, in that a criminal defendant is not entitled to the return of any property that has evidentiary value in his case until the exhaustion of all post-conviction remedies. See **U.S. v. Starr**, **2008 WL 313175 (N.D. Iowa, February 4, 2008)**. She recommended that the motion be denied, without prejudice to its renewal at the proper time.

5. Neither party has objected to this Report And Recommendation, and the Court finds that it is sound, and should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #169) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for reasons stated in the Report And Recommendation, defendant's **Motion For Return Of Personal Property Rule 41(e)** (document #154) is **denied without prejudice**.

**IT IS SO ORDERED.**

    /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**